United States District Court

Eastern District of California

Chris Langley,

       Plaintiff,                  No. Civ. S 05-1006 DFL PAN P

   vs.                             Notice

Placer County Sheriff's
Dept., et al,

       Defendants.
                           -oOo-

Plaintiff is a prisoner, without counsel, seeking leave to commence an action against prison officials for civil rights violations in forma pauperis pursuant to 28 U.S.C. § 1915(a). This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).  Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $250.00 filing fee required by 28 U.S.C. § 1914(a).  Plaintiff has been assessed an initial payment of $4.00.  Thereafter, plaintiff must make monthly payments of 20 percent of the preceding month's income

1   credited to his trust account.  28 U.S.C. § 1915(b)(2).  The

2   agency having custody of plaintiff is required to forward

3   payments from plaintiff's account to the clerk of the court each

4   time the amount in the account exceeds $10 until the filing fee

5   is paid.

6       The clerk of the court shall serve a copy of this notice and

7   a copy of plaintiff's in forma pauperis application upon the

8   Director of the California Department of Corrections and deliver

9   a copy of this notice to the clerk's financial division.

10      Dated:  June 29, 2005.

11                              /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
12                              Magistrate Judge

13

14

15
    \lang1006.notice to custodian
16

17

18

19

20

21

22

23

24

25

26