1

2

3

4

5

6

7

8                        United States District Court

9                       Eastern District of California

10

11

12  Chris Langley,

13          Plaintiff,                    No. Civ. S 05-1006 DFL PAN P

14      vs.                               Notice

15  Placer County Sheriff's
    Dept., et al,
16
            Defendants.
17                                         -oOo-

18      Plaintiff is a prisoner, without counsel, seeking leave to

19  commence an action against prison officials for civil rights

20  violations in forma pauperis pursuant to 28 U.S.C. § 1915(a).

21  This proceeding was referred to this court by Local Rule 72-302

22  pursuant to 28 U.S.C. § 636(b)(1).  Pursuant to 28 U.S.C.

23  § 1915(b)(1), plaintiff must pay the $250.00 filing fee required

24  by 28 U.S.C. § 1914(a).  Plaintiff has been assessed an initial

25  payment of $4.00.  Thereafter, plaintiff must make monthly

26  payments of 20 percent of the preceding month's income

credited to his trust account.  28 U.S.C. § 1915(b)(2).  The agency having custody of plaintiff is required to forward payments from plaintiff's account to the clerk of the court each time the amount in the account exceeds $10 until the filing fee is paid.

The clerk of the court shall serve a copy of this notice and a copy of plaintiff's in forma pauperis application upon the Director of the California Department of Corrections and deliver a copy of this notice to the clerk's financial division.

Dated:  July 14, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge