1

2

3

4

5

6

7

8                          United States District Court

9                        Eastern District of California

10

11

12   Chris Langley,

13          Plaintiff,                    No. Civ. S 05-1006 DFL PAN P

14      vs.                               Order

15   Placer County Jail, et al.,

16          Defendants.

17                                -oOo-

18      July 15, 2005, the court granted plaintiff leave to proceed

19   in forma pauperis.  Through clerical oversight, the court ordered

20   the filing fee be collected from plaintiff's trust account with

21   the California Department of Corrections.

22      Plaintiff is confined in the Placer County Jail.

23      Accordingly, the portion of the July 15, 2005, order

24   directing collection of the filing fee is vacated.

25      The filing fee shall be collected from plaintiff's trust

26   account at the Placer County Jail in accordance with the amended

1  notice signed this date.

2       So ordered.

3       Dated:  August 4, 2005.

4                                    /s/ Peter A. Nowinski
5                                 PETER A. NOWINSKI
                                  Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26